Eugene C. SMALLS, Plaintiff–
Appellant,

v.

UNITED STATES Gordon R. England, Secretary of the Navy, Department of the Navy, Navy Board for Correction of Military Records, Department of Veterans Affairs, Medical and Regional Office, Honolulu, Hawaii, United States Marine Corps, Medical Board Region, Medical Clinic, Kaneohe Bay, Honolulu, Hawaii, and Central Physical Evaluation Board, Defendants–Appellees.

No. 05–1413.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2005.

Rehearing En Banc Denied Jan. 26, 2006.

Before LOURIE, Circuit Judge, ARCHER, Senior Circuit Judge, and PROST, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.